## PATRICK K. HOWARD
### v.
## WILLIAM COSTELLO.

*Practice—Appeal by One of Several Defendants—Sec. 70, Act of 1873.*

Where less than the full number of defendants appeal from the decision of a justice, those not appealing must be summoned, or return of not found had, before the case can be disposed of.

[Opinion filed April 3, 1889.]

In ERROR to the Circuit Court of Cook County.

Mr. EDWARD T. NOONAN, for plaintiff in error.

Messrs. KEATOR & THOMPSON, for defendant in error.

GARY, J.   If one of two or more defendants against whom judgment is entered before a justice takes an appeal alone, the other defendant or defendants must be summoned, or return of not found had, under Sec. 70 of the Act of 1873, concerning justices, before the case can be disposed of. Steinborn v. Thomas, 8 Ill. App. 515; Humphreys v. Rodgers, 9 Ill. App. 281; Walter v. Bierman, 59 Ill. 186; Stewart v. Peters, 33 Ill. 384.

This rule having been disregarded in this case the judgment must be reversed and the case remanded for proceedings required by the statute.

*Reversed and remanded.*